UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>LEONIDES SIERRA, et al.<br><br>Defendants. | **ORDER**<br><br>S1 11 Cr. 1032 (PAE) |

      Upon the application of the United States of America by Nola B. Heller, Assistant United States Attorney, it is hereby ORDERED that the S1 Indictment in this matter, S1 11 Cr. 1032 (PAW), be unsealed.

Dated: New York, New York
       December 7, 2011

_____
THE HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 07 2011