UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA : **NOTICE OF APPEARANCE**
: **AND REQUEST FOR**
- v. - : **ELECTRONIC NOTIFICATION**
:
LEONIDES SIERRA, et al., : 11 Cr. 1032 (PAE)
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney for the
                         Southern District of New York

                         by: /s/ Matthew Laroche
                             Matthew Laroche
                             Assistant United States Attorney
                             (212) 637-2420

CC: All Counsel (via ECF notification)