UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LEONIDES SIERRA,

Defendant.

11-CR-1032-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by the Probation Department that defendant Sierra is eligible to move for sentence reduction under Sentencing Guidelines Amendment 821. See Dkt. 2688. The Court appoints Telemachus Kasulis, Esq., to represent Sierra in connection with that motion. To assure the prompt resolution of any such motion, the Court directs Mr. Kasulis to make any motion for sentence reduction by February 29, 2024. The Government's opposition is due March 7, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
New York, New York