UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LEONIDES SIERRA,

Defendant.

11 Cr. 1032-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 13, 2026, defendant Leonides Sierra filed a letter requesting that the supplemental presentence report ("supplemental PSR") in this case be sent to the Bureau of Prisons ("BOP"). Dkt. 2793. The letter states that the BOP's records as to him reflect that he has five criminal history points, resulting in criminal history category III. *Id.* at 2. However, it states, under Amendment 821 of the Sentencing Guidelines, that Sierra—as reflected in the supplemental PSR—is now assigned three criminal history points, corresponding to criminal history category II. *Id.* It also states that Sierra could not direct the request to his Court-appointed attorneys because he has misplaced their contact information.

The Court accordingly requests that the United States Probation Department furnish the BOP with a copy of the supplemental PSR. To the extent Sierra claims to lack other records relating to his case, the Court directs his counsel—to wit, Telemachus Kasulis, Lawrence Schoenbach, and Toni Messina—to contact him to assist him in obtaining these.

For avoidance of doubt, Sierra does *not* move for a reduction in his sentence pursuant to Amendment 821. This Court denied such relief in its March 12, 2024 decision. *See* Dkt. 2705. There is no basis to revisit that determination.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2026
New York, New York